UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Carol A. Budro

    v.                                     Civil No. 07-cv-351-SM

BAE Systems, Inc.

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 19, 2007

cc:    Carol A. Budro, pro se
        Charla B. Stevens, Esq.